UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 745 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| CHARLES JAMES | ) | |
| | ) | |

**O R D E R**

Upon the motion of the United States for a protective order pursuant to

Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

1.     All Title III applications, affidavits, and orders produced by the

government in connection with this case, and all other investigative materials and

reports disclosed by the government in original or redacted form, may be utilized

by the charged defendants and their counsel solely in connection with the

defense of this case and for no other purpose and in connection with no other

proceeding.  The materials and their contents, and any notes, records or copies

of any kind that defense counsel or the charged defendants may make relating to

the contents of materials provided by the government shall not be disclosed

either directly or indirectly, verbally or in writing, to any person or entity other than

the charged defendants, their counsel, such other persons as are reasonably

employed by them as may be necessary to prepare a defense, or such other

persons as to whom the Court may authorize disclosure.  These restrictions do

no apply to documents or materials that are public record, including, but not

limited to, transcripts of proceedings; documents, recordings and other materials

that have been received in evidence at public hearings or proceedings; or

documents or materials that are otherwise in the public domain.

2.      Intentional violation of this Order is punishable as a contempt, and

may result in the imposition of civil and criminal sanctions.  However, nothing

contained in this protective order shall preclude any party from applying to the

Court for further relief or for modification of any provision hereof.

E N T E R:

_____

HON. ROBERT M. DOW, JR.

United States District Court Judge

_____

October 1, 2013

DATE